**Brief Stricken and Order filed August 8, 2017.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00816-CR

———————

**DERIC FLETCHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1524754**

## ORDER

Appellant's brief, filed July 28, 2017, discloses the name of a person who was a minor at the time the offense was committed. *See* Tex. R. App. P. 9.10(a)(3). Accordingly, the brief is **STRICKEN**.

Appellant is ordered to file a brief that complies with Tex. R. App. P. 9.10 by **August 18, 2017**.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.